AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00284 |
| August Garcia | ) Assigned To : Judge Moxila A. Upadhyaya |
|  | ) Assign. Date : 9/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __August Garcia__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D), (F) & (G) (Disorderly Conduct, Act of Physical Violence, and Parading Demonstrating or Picketing in a Capitol Building).

Date: __09/06/2024__   _____
*Issuing officer's signature*

City and state:   __Washington, D.C.__   __Moxila A. Upadhyaya, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __9·5·2024__, and the person was arrested on *(date)* __9·16·2024__
at *(city and state)* __Cheyenne, WY__.

Date: __9·16·2024__   _____
*Arresting officer's signature*

__Tasha Coolidge__
*Printed name and title*